March 28, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LISA SMALLEY, Appellant

NO. 14-11-00787-CV                    V.

ERIC C. SMALLEY, INDEPENDENT ADMINISTRATOR OF THE ESTATE
OF JOHN HUBERT SMALLEY, III, DECEASED, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Eric C. Smalley, Independent Administrator of the Estate of John Hubert Smalley, III, Deceased, signed, August 4, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Lisa Smalley to pay all costs incurred in this appeal. We further order this decision certified below for observance.